# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP CHARLESTON,<br>    Petitioner,<br>v.<br>STEVE LANGFORD, Warden,<br>    Respondent. | Case No. CV 17-2077 MRW<br><br>JUDGMENT |

IT IS THE JUDGMENT of this Court that the action is dismissed without prejudice due to lack of jurisdiction.

DATE: October 12, 2017

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE